01-15-00995-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/24/2015 2:48:03 PM
CHRISTOPHER A. PRINE
Clerk

November 20, 2015

HONORABLE CATHERINE EVANS
180TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TEXAS

Defendant's Name: OSWALDO RAMIREZ

Cause No: 1424341

Court: 180TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/13/2015
**Sentence Imposed Date:** 11/13/2015
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

KATHLEEN POWERS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651

**THE STATE OF TEXAS**
**V.**

Ramirez, Oswaldo , A/K/A/ _____

___180th___ District Court / ~~County Criminal Court at Law No.~~

**Harris County, Texas**

FILED
Time: ___
NOV 13 2015
Harris County
Deputy

PV

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On __11 / 13 / 15__ (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction.

**The undersigned attorney (check appropriate box):**

☒ **MOVES** to withdraw.
☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

__11 / 13 / 15__
**Date**

**OSWALDO RAMIREZ**
**Defendant (Printed name)**

_[Attorney Signature]_
**Attorney (Signature)**

**ROBERT F ALEXANDER**
**Attorney (Printed name)**

**00997800**
**State Bar Number**

**6002 MAXIE HOU TX 77007**
**Address**

**713 863 1072**
**Telephone Number**

**The defendant (check all that apply):**

☒ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☒ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _[Defendant Signature]_
**Defendant (Signature)**

**OSWALDO RAMIREZ**
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON __11-13-15__

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On <u>NOV 13 2015</u> the Court conducted a hearing and **FINDS** that defendant / appellant  #0/13/980

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: <u>NCV 1 3 2015</u>

_____
JUDGE PRESIDING,
**180** DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW No.
HARRIS COUNTY, TEXAS

 

Cause No. 1424341

THE STATE OF TEXAS

v.

Ramirez, Oswaldo Defendant

IN THE 180 DISTRICT COURT

~~COUNTY CRIMINAL COURT AT LAW NO.~~1____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____                 11-13-15
Judge                                            Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

x_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Defendant's Counsel  ROBERT F ALEXANDER

State Bar of Texas ID number: 00997800

Mailing Address: 6002 MAXIE HOU TX 77007

Telephone number: 713 863 1072

Fax number (if any): _____

FILED
Chris Daniel
District Clerk

NOV 13 2015
Time:_____
By_____
Harris County, Texas
Deputy

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# APPEAL CARD

Court __180__ Due: 1-12-16  Cause No. __1424341__ 1st

### The State of Texas
### Vs

__Ramirez, Oswaldo__

__11·13·15__

**Date Notice Of Appeal:** __NOV 1 3 2015__

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** __Evans, Catherine__

**Court Reporter** __Kathleen Powers__

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** __Alexander, Robert__

**Attorney on Appeal** __TBD__

**Appointed**_____ **Hired**_____

**Offense** __Super Agg Sex Asslt child < 6__

**Jury Trial** Yes __✓__ No_____

**Punishment Assessed** __27 years TDCJ-ID__

**Companion Cases (If Known)** _____

**Amount of Appeal Bond** __∅__

**Appellant Confined:** Yes __✓__ No_____

**Date Submitted To Appeal Section** __NOV 1 3 2015__ 11-20-15

**Deputy Clerk** _____